**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Gregorio GONZALEZ–LONGORIA,**
**Defendant–Appellant.**

No. 15–40041.

United States Court of Appeals,
Fifth Circuit.

Feb. 26, 2016.

John Patrick Taddei, Esq., Trial Attorney, U.S. Department of Justice Criminal Division, Washington, DC, Renata Ann Gowie, Asst. U.S. Atty., John A. Reed, Asst. U.S. Atty. (argued), U.S. Attorney's Office, Houston, TX, Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Evan Gray Howze, Margaret Christina Ling, Assistant Federal Public Defender (argued), Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A majority of the circuit judges in regular active service and not disqualified having voted in favor, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.